**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-7632

———————

DANNY RAY VARNER,

                                    Petitioner - Appellant,

        versus

NORTH CAROLINA ATTORNEY GENERAL; STATE OF
NORTH CAROLINA,

                                    Respondents - Appellees.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Paul Trevor Sharp, Magistrate Judge.  (CA-98-35-1)

———————

Submitted:  April 30, 1999            Decided:  May 19, 1999

———————

Before WILLIAMS and KING, Circuit Judges, and HALL, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Danny Ray Varner, Appellant Pro Se.  Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Danny Ray Varner seeks to appeal the magistrate judge's[*] order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. See Varner v. North Carolina Att'y Gen., No. CA-98-35-1 (M.D.N.C. Oct. 26, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The parties consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C.A. § 636(c) (West 1993 & Supp. 1999).